DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOANNE M. RAIANO-KENNEDY,**
Appellant,

v.

**MEADOWS AT MARTIN DOWNS HOMEOWNERS ASSOCIATION, INC.,
AMERICAN EXPRESS CENTURION BANK CORPORATION,
PAUL MCGUINNESS,** and **MANNING BUILDING SUPPLIES, INC.,**
Appellees.

No. 4D21-121

[October 7, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Alcorta Waters, Judge; L.T. Case Nos. 432018CC000071AXMX and 432020AP000005AXMX.

Robert G. Rydzewski, Jr., of Treasure Coast Legal, Stuart, for appellant.

Samantha L. Simpson and Jacob E. Ensor of Ross, Earle, Bonan & Ensor, P.A., Stuart, for appellee Meadows at Martin Downs Homeowners Association, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***